**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO DIAZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent.<br>_____ | ) Case No. CV 11-9037-DSF (SP)<br>)<br>)<br>) **ORDER ACCEPTING FINDINGS**<br>) **AND RECOMMENDATION OF**<br>) **UNITED STATES MAGISTRATE**<br>) **JUDGE**<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

　　　　　6/11/12

DATED: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE