JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO DIAZ,<br>Petitioner,<br>v.<br>LINDA SANDERS, Warden,<br>Respondent. | Case No. CV 11-9037-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

6/11/12
Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE